| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>81 Main Street, Suite 300<br>White Plains, NY 10007<br>Tel: (914) 428-7124 Fax: (914) 948-5109 |
| Tamara Giwa<br>*Executive Director* | Jennifer L. Brown<br>*Attorney-in-Charge* |

September 26, 2024

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy

9-27-2024

    Re:    United States v. Juan Jose Gell De La Cruz
             24 mj 03384

Dear Honorable McCarthy:

    I am writing in relation to Juan Jose Gell De La Cruz, who was presented before the Honorable Andrew Krause on a Rule 5(c)(3) proceeding from Texas on September 19, 2024. Under the terms of Mr. De La Cruz's release, he is required to secure two financially responsible co-signers.[1] The deadline for Mr. De La Cruz to secure these two co-signers was today, September 26, 2024. I am writing to ask that Mr. De La Cruz be given a short extension for his co-signers to sign the bond. As of today's date, one of Mr. De La Cruz's co-signers has been approved by the Government and his second co-signer, who was interviewed by the Government this morning, is in the process of getting approved. While I expect that approval to occur soon, I ask that the Court please extend the deadline for Mr. De La Cruz to finalize these co-signers to Wednesday, October 2, 2024. I have communicated with AUSA Benjamin Arad and the Government does not object to this request.

    Thank you for your consideration.

                                        Respectfully,

                                        //s

                                        Benjamin Gold
                                        Assistant Federal Defender

cc: AUSA Benjamin Arad

---

[1] Mr. De La Cruz is also subject to location monitoring.